**Damon ALEXANDER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 48327.**

Missouri Court of Appeals,
Western District.

Feb. 1, 1994.

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and
BRECKENRIDGE and HANNA, JJ.

---

## ORDER

PER CURIAM:

Defendant appeals from the dismissal of his Rule 24.035 motion without an evidentiary hearing.

Affirmed. Rule 84.16(b).